# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC<br><br>Plaintiff,<br><br>v.<br><br>BEACON HILL STAFFING GROUP LLC, SHAWNA BESTREICH and ERIK ADAMS,<br><br>Defendants. | CIVIL ACTION FILE NO:<br><br>(Removed from the Superior Court of Cobb County) |

**<u>CONSENT TO REMOVAL</u>**

Defendant Erik Adams, in response to being notified of the Notice of Removal being submitted by Defendants Beacon Hill Staffing Group LLC ("Beacon Hill") and Shawna Bestreich, advises the Court as follows:

1. On or about March 16, 2019, Adams was served with Plaintiff's Complaint for Injunctive Relief and Damages.
2. As stated in Defendants Beacon Hill and Bestreich's Notice of Removal, Adams expressly consents to the removal of this action to the Northern District of Georgia.

3. Adams expressly consents to the filing of this Consent to Removal on his behalf by counsel for Beacon Hill and Mrs. Bestreich in conjunction with their Notice of Removal.

Respectfully submitted this 10th day of April, 2019.

Erik Adams