# EXHIBIT C

**SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **RANDSTAD GENERAL PARTNER (US), LLC**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BEACON HILL STAFFING GROUP, LLC SHAWNA BESTREICH and ERIK ADAMS,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action**<br>**File No. 19101808** |

**DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL**

TO: Randstad General Partner (US), LLC
By and through its Counsel of Record
Robert C. Stevens, Esq.
Alex Meier, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962

Defendants Beacon Hill Staffing Group, LLC and Shawna Bestreich jointly hereby give notice that the undersigned have filed the attached Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division. Pursuant to 28 U.S.C. § 1446(d), the above-styled action is now removed and all further proceedings in the Superior Court of Cobb County, State of Georgia, are stayed.

Respectfully submitted, this the 11th day of April, 2019.

**[SIGNATURES ON FOLLOWING PAGE]**

BERMAN FINK VAN HORN P.C.

*/s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090
Lea C. Dearing
Georgia Bar No.922882

3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
(404) 261-7711
bfink@bfvlaw.com
ldearing@bfvlaw.com
*Counsel for Defendants Beacon Hill Staffing Group, LLC and Shawna Bestreich*

## CERTIFICATE OF SERVICE

I certify that, on April 11, 2019, I electronically filed the foregoing DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL with the Clerk of Court using the **PeachCourt** system which will automatically send e-mail notification of such filing to the following attorneys of record, and also by first class mail addressed as follows:

Robert C. Stevens, Esq.
Alex Meier, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
bstevens@seyfarth.com
ameier@seyfarth.com

Erik W. Weibust, Esq.
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
eweibust@seyfarth.com
***Counsel for Plaintiff***

Erik Adams
1837 Valencia Drive
Allen, Texas 75013
***Defendant***

BERMAN FINK VAN HORN P.C.

By: */s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090

COUNSEL FOR DEFENDANTS BEACON HILL STAFFING GROUP, LLC AND SHAWNA BESTREICH

1104496