**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC,<br>Plaintiff,<br>v.<br>SHAWNA BESTREICH and ERIK ADAMS,<br>Defendants. | Civil Action No.:<br>1:19-CV-01655-MHC |

# RANDSTAD'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Randstad General Partner (US), LLC ("Randstad"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, requests that the Court enter summary judgment in Randstad's favor against Defendants Shawna Bestreich and Erik Adams on Randstad's claims for breach of contract and tortious interference (Counts I-III). Randstad is entitled to summary judgment because no genuine issue of material fact exists regarding Defendants' breach of their restrictive covenant agreements, the existence of nominal damages, and Bestreich's tortious interference with Adams's restrictive covenant agreement. Because Randstad has established a breach of contract, it is entitled to at least nominal damages and has therefore established all elements of its breach of contract claims.

Randstad also requests that the Court enter summary judgment on Defendants' affirmative defenses of waiver and selective enforcement, because alleged selective enforcement of restrictive covenants is not a viable defense to a breach of a restrictive covenant agreement.

Accordingly, Randstad respectfully requests that the Court enter summary judgment on liability of Counts I-III, leaving only the amount of nominal damages and the existence and amount of actual damages as disputed issues for trial.

Respectfully submitted,

_/s/ Alex Meier_
Robert C. Stevens (Georgia Bar No. 680142)
bstevens@seyfarth.com
Alex Meier (Georgia Bar No. 282350)
ameier@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Erik W. Weibust (admitted *pro hac vice*)
eweibust@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

*Counsel for Plaintiff Randstad General Partner (US), LLC*

Dated: May 17, 2021

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court, in accordance with Local Rule 5.1(C) and 7.1(D), NDGa.

By: *<u>/s/ Alex Meier</u>*_______________

Alex Meier
Georgia Bar No. 282350
ameier@seyfarth.com