# Exhibit 1

COBB COUNTY, GA
FILED IN OFFICE
2018 AUG 31 PM 2:24
Rebecca Keaton
COBB SUPERIOR COURT CLERK

**SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **RANDSTAD TECHNOLOGIES, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| **v.** | **FILE NO.** 18106542 |
| **COLLABERA INC. and JEFFREY LUMA,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**~~[PROPOSED]~~ TEMPORARY RESTRAINING ORDER AND RULE NISI**

On August 31, 2018, Plaintiff Randstad Technologies, LLC ("Plaintiff" or "Randstad") filed a Motion for Temporary Restraining Order (the "Motion"). The Motion is supported by Randstad's Memorandum of Law, as well as the supporting affidavits of Richard Brown and Graig Paglieri. The Court heard oral arguments on Randstad's Motion on August 31, 2018 (the "Hearing"). Defendants were provided advance notice of the Hearing and given the opportunity to attend.

The Court believes immediate consideration is appropriate in light of the evidence presented. After considering all evidence, it appears to the Court from the specific facts shown that Plaintiff has met the standards applicable to the award of a temporary restraining order. See Garden Hills Civic Ass'n v. MARTA, 539 S.E.2d 811, 812-13 (Ga. 2000).

IT IS HEREBY ORDERED THAT, pursuant to O.C.G.A. § 9-11-65, from the date of entry of this Order until the resolution of Randstad's Motion for Preliminary Injunction, Defendants, including their agents, representatives, employees, and/or anyone else active in concert or participation with them who receives notice of this Order by personal service or otherwise, are hereby ordered as follows:

1. Defendants are enjoined from directly or indirectly accessing, using, disclosing, disseminating or making available Plaintiff's trade secrets or its confidential and/or proprietary information to any person or entity other than Plaintiff;

2. Defendant Luma is enjoined from working for Defendant Collabera Inc. or from otherwise, directly or indirectly, on Luma's own behalf or on behalf of any person or entity other than Plaintiff, holding any position as an employee, agent, contractor, or otherwise, for or with any person or entity which engages in activities competitive with the business of Plaintiff in violation of the terms of the Executive Non-Competition and Confidentiality Agreement (the "Agreement") attached to this Order as Exhibit A;

3. Defendant Luma shall comply with all provisions of the Agreement relating to non-solicitation of Plaintiff's customers and employees and non-disclosure of Plaintiff's trade secrets, confidential and/or proprietary information;

4. Defendant Luma shall deliver (within 7 business days of entry of this Order) to the offices of Plaintiff's counsel, Seyfarth Shaw LLP, located at 1075 Peachtree Street, Suite 2500, Atlanta, Georgia 30309: (i) any computer devices or electronic storage media or devices in his possession, custody, or control that currently or previously contained any of Plaintiff's trade secrets or other confidential or proprietary information, and (ii) any other property of Plaintiff, in any format, in his possession, custody or control;

5. Defendant Luma shall identify (within 7 business days of entry of this Order) any and all Randstad customers, placement candidates, and employees whom Luma, or anyone acting on his behalf, has solicited or otherwise contacted since July 31, 2018, including: (a) the date(s) and time(s) the contact occurred; (b) the name of the person(s) contacted; (c) the method(s) of communication; and (d) a description of what was discussed; and

6. Defendants shall immediately preserve all data and information in their possession, custody, or control, of any type and however maintained, pertaining to Plaintiff's business or the allegations set forth in Plaintiff's Complaint in this action, including, but not limited to, data and information in an electronic format.

7. Plaintiff's Motion for Preliminary Injunction shall be heard by this Court on September 11th, 2018 at 11:00 a.m./p.m. in Courtroom 2000.

8. Plaintiff shall serve this Order on Defendants.

IT IS SO ORDERED, this 31st day of August, 2018, at 1:55 [redacted]./p.m.

Michael Stoddard

Judge, Superior Court of Cobb County

MICHAEL STODDARD, SENIOR JUDGE
SUPERIOR COURTS OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT