# EXHIBIT 2

**SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **RANDSTAD GENERAL PARTNER (US), LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**VOLT WORKFORCE SOLUTIONS, INC. and LINDA PERNEAU,**<br><br>**Defendants.** | ) | **CIVIL ACTION**<br><br>**FILE NO. 17108166** |

## [PROPOSED] TEMPORARY RESTRAINING ORDER AND RULE NISI

On November 13, 2017, Plaintiff Randstad General Partner (US), LLC ("Plaintiff" or "Randstad") filed a Motion for Temporary Restraining Order (the "Motion"). The Motion is supported by Randstad's Memorandum of Law, as well as the supporting affidavits of Kenneth Johnson, Greg Dyer, and Brenda Richard. The Court heard oral arguments on Randstad' Motion on __________, 2017 (the "Hearing"). Defendants were provided advance notice of the Hearing and given the opportunity to attend.

The Court believes immediate consideration is appropriate in light of the evidence presented. After considering all evidence, it appears to the Court from the specific facts shown that Plaintiff has met the standards applicable to the award of a temporary restraining order. See Garden Hills Civic Ass'n v. MARTA, 539 S.E.2d 811, 812-13 (Ga. 2000).

IT IS HEREBY ORDERED THAT, pursuant to O.C.G.A. § 9-11-65, from the date of entry of this Order and until the 30th day after its entry, unless sooner dissolved by this Court, Defendants, including their agents, representatives, employees, and/or anyone else active in concert or participation with them who receives notice of this Order by personal service or otherwise, are hereby ordered as follows:

FILED IN COURT
THIS 11/14 20 17
AT 2:54 P. M
REBECCA KEATON
CLERK SUPERIOR COURT
COBB COUNTY, GEORGIA

1. Defendant~~s are~~ Perneau is enjoined from directly or indirectly accessing, using, disclosing, disseminating or making available Plaintiff's trade secrets or its confidential and/or proprietary information to any person or entity other than Plaintiff;

2. Defendant Perneau is enjoined from working for Defendant Volt Workforce Solutions, Inc. or from otherwise, directly or indirectly, on Perneau's own behalf or on behalf of any person or entity other than Plaintiff, holding any position as an employee, agent, contractor, or otherwise, for or with any person or entity which engages in activities competitive with the business of Plaintiff in violation of the terms of the Executive Non-Competition and Confidentiality Agreement (the "Agreement") attached to this Order as Exhibit A;

3. Defendant Perneau shall comply with all provisions of the Agreement relating to non-solicitation of Plaintiff's customers and employees and non-disclosure of Plaintiff's trade secrets, confidential and/or proprietary information;

4. Defendant Perneau shall deliver (within 7 business days of entry of this Order) to an agreed third-party neutral ~~the offices of Plaintiff's counsel, Seyfarth Shaw LLP, located at 1075 Peachtree Street, Suite 2500, Atlanta, Georgia 30309~~: (i) any computer devices or electronic storage media or devices in her possession, custody, or control that currently or previously contained any of Plaintiff's trade secrets or other confidential or proprietary information, and (ii) any other property of Plaintiff, in any format, in her possession, custody or control;

5. Defendant Perneau shall identify (within 7 business days of entry of this Order) any and all Randstad customers, placement candidates, and employees whom Perneau, or anyone acting on her behalf, has solicited or otherwise contacted since October 25, 2017, including: (a) the date(s) and time(s) the contact occurred; (b) the name of the person(s) contacted; (c) the method(s) of communication; and (d) a description of what was discussed; and

6. Defendants shall immediately preserve all data and information in their possession, custody, or control, of any type and however maintained, pertaining to Plaintiff's business or the allegations set forth in Plaintiff's Complaint in this action, including, but not limited to, data and information in an electronic format.

7. Plaintiff's Motion for Preliminary Injunction shall be heard by this Court on December __, 2017 at _______ a.m./p.m. in Courtroom __.

8. Plaintiff shall serve this Order on Defendants.

IT IS SO ORDERED, this 14th day of Nov, 2017, at 2:55 ~~a.m.~~/p.m.

[signature]
Judge, Superior Court of Cobb County

GEORGE H. KREEGER
SENIOR JUDGE, STATE OF GEORGIA
PRESIDING IN COBB JU[illegible]



42025696v.1