# Exhibit 6

ID# 2020-0127271-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
20106125
C. LaTain Kell Sr. - 49
NOV 18, 2020 05:01 PM
Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia

**SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **RANDSTAD TECHNOLOGIES, LLC,** <br> **Plaintiff,** <br> v. <br> **LISETTE ROBLES and MICHELLE NORDSTROM,** <br> **Defendants.** | **CIVIL ACTION** <br> **FILE NO. 20106125** <br> **JURY TRIAL DEMANDED** |

## TEMPORARY RESTRAINING ORDER

On Monday, November 9, 2020, Plaintiff Randstad Technologies, LLC ("Plaintiff" or "Randstad") filed a Motion for Temporary Restraining Order (the "Motion") against Michelle Nordstrom ("Nordstrom). On Monday, November 16, 2020, the Court heard arguments from the parties and reviewed the submissions sent in support of and in opposition to the Motion.

After considering the materials in the record and the arguments presented at the November 16, 2020 hearing, the Court believes immediate consideration is appropriate in light of the evidence presented. It appears to the Court from the specific facts shown that Randstad has met the standards applicable to the award of a temporary restraining order. *See Garden Hills Civic Ass'n v. MARTA*, 539 S.E.2d 811, 812-13 (Ga. 2000).

Accordingly, the Court hereby **GRANTS** the Motion, in part, and **DENIES** the Motion, in part. IT IS HEREBY ORDERED THAT, pursuant to O.C.G.A § 9-11-65, Defendant Nordstrom and her agents, representatives, and/or anyone else active in concert or participation with her who receives notice of this Order by personal service or otherwise, are hereby **ENJOINED** as follows:

1. Nordstrom is enjoined from directly or indirectly working with, performing any services for, or soliciting any Randstad customer with whom she had material contact during the

last 12 months of her employment with Randstad, including but not limited to The Boeing Company, Xcel Energy, CenturyLink, Charter, and Jeppesen, as well as any subsidiaries or affiliates of the preceding entities.

The TRO shall remain in place until the Court's hearing on Randstad's forthcoming Motion for a Preliminary Injunction, which the Court will set by separate order. The Court shall also enter a separate order governing expedited discovery and briefing with respect to the preliminary injunction hearing.

IT IS SO ORDERED, this 18TH day of November, 2020, at 4:57 a.m./p.m.

Hon. C. LaTain Kell
Presiding Judge
Superior Court of Cobb County



66832256v.1

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing order (Civil Action File No. 20-1-6125-49) upon all parties electronically, via Peach Court, or through the Cobb County Mail System, addressed to the following:

Robert Stevens, Esq.
Alex Merier
bstevens@seyfarth.com
AMeier@seyfarth.com

Benjamin Fink, Esq.
bfink@bfvlaw.com

This 18th day of November, 2020.

Natalie C. Bloodworth
Natalie C. Bloodworth
for Honorable C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit