# Exhibit 7

ID# 2020-0114856-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
20106125
C. LaTain Kell Sr. - 49
OCT 21, 2020 11:59 AM
Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia

**SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **RANDSTAD TECHNOLOGIES, LLC,** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| **v.** | ) | **FILE NO. 20106125** |
| **LISETTE ROBLES,** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

## TEMPORARY RESTRAINING ORDER

On Thursday, October 1, 2020, Plaintiff Randstad Technologies, LLC ("Plaintiff" or "Randstad") filed a Motion for Temporary Restraining Order (the "Motion"). On October 15, 2020, the Court issued a Show Cause and Rule Nisi Order setting this matter for a hearing before Presiding Senior Judge G. Grant Brantley on October 20, 2020 at 3:00 p.m. on Randstad's Motion for Temporary Restraining Order.

The hearing proceeded on October 20, with both sides represented by counsel. After a careful review of the record, the Court believes immediate consideration is appropriate in light of the evidence presented. It appears to the Court from the specific facts shown that Plaintiff has met the standards applicable to the award of a temporary restraining order. *See Garden Hills Civic Ass'n v. MARTA*, 539 S.E.2d 811, 812-13 (Ga. 2000).

For informational purposes only, the court notes that subsequent to the filing of the instant motion this case was removed to Federal District Court which remanded the case to this court without taking any substantive action other than remand; that before the hearing began the court advised the parties that it had only had time to review pleadings for the hearing that were submitted

to the court prior to October 19, 2020 as the court presided over six (6) separate calendars over that day and four (4) separate calendars on the date of hearing and was therefore judicially unavailable to review the subsequently filed extensive pleadings; the parties having been so advised did not offer a motion to continue and the hearing therefore commenced. The court also considered the arguments made by counsel including but not limited to the argument of economic impact to the Defendant.

IT IS HEREBY ORDERED THAT, pursuant to O.C.G.A. § 9-11-65, for the 30-day period following entry of this Order, Defendant, including her agents, representatives, employers, and/or anyone else active in concert or participation with her who receives notice of this Order by personal service or otherwise, are hereby enjoined as follows:

1. Defendant Robles is enjoined from working for and from holding any position as an employee, agent, contractor, or otherwise for Beacon Hill Staffing Group, LLC and any company that competes with the Business of the Company, as defined in the Employee Non-Competition and Confidentiality Agreement, attached as **Exhibit A** to this Order, within the Restricted Territory for Restricted Positions.

The Restricted Territory is defined as:

> (a) a radius of twenty-five (25) miles of any office(s) to which Robles was assigned or which Robles managed, during the twelve (12) months prior to the date of Robles' separation of employment with Randstad;
>
> (b) a radius of twenty-five (25) miles of any office(s) in which Robles performed services on behalf of Randstad at any time during the twelve (12) months prior to the date of Robles separation of employment with Randstad;
>
> (c) a radius of twenty-five (25) miles of any office(s) in which Randstad employed personnel whom Robles directly or indirectly supervised or managed during the twelve (12) months prior to the date of Robles' separation of employment with Randstad; and

(d) any region or territory to which Robles was actually assigned or which Robles managed during the twelve (12) months prior to the date of Robles' separation of employment with Randstad.

A Restricted Position is a position that involves any of the following:

(i) providing products or services competitive with the Business of the Company;

(ii) supervising employees or other personnel who provide products or services competitive with the Business of the Company;

(iii) developing or implementing strategies or methodologies related to products or services competitive with the Business of the Company; or

(iv) engaging in responsibilities in which you would utilize or disclose Confidential Information.

2. Defendant Robles is enjoined from contacting, soliciting, servicing, or selling, or attempting to contact, solicit, service, or sell any Randstad customer with which she had material contact during the 12-month period prior to her resignation from Randstad for the purpose of providing the same services or substantially similar service to those she provided when employed by Randstad.

The Court denied said motion as to all other issues embraced with the motion which denial is without prejudice; the court did not consider the discovery issues in said motion as they did not meet the court's protocol for emergency hearing.

IT IS SO ORDERED, this 21st day of October, 2020, at 11:53 a.m./~~p.m.~~

Hon. G. Grant Brantley
Presiding Senior Judge
Superior Court of Cobb County



66327186v.1