# Exhibit 8

ID# 2021-0022909-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
21101193
C. LaTain Kell Sr. - 49
FEB 23, 2021 01:04 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RANDSTAD PROFESSIONALS US, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | File No. 21101193 |
| v. | ) | |
| | ) | |
| SABINA GAGGIOLI, | ) | |
| | ) | |
| Defendant. | ) | |

MHB

**~~[PROPOSED]~~ TEMPORARY RESTRAINING ORDER**

On Tuesday, February 16, 2022, Plaintiff Randstad Professionals US, LLC ("Randstad") filed its Complaint and Motion for Temporary Restraining Order (the "Motion") against Defendant Sabina Gaggioli. On Friday, February 19, 2021, the Court heard arguments from the parties, reviewed the submissions and evidence in support of and in opposition to the Motion and heard testimony from Randstad.

After considering the evidence, the testimony and the arguments presented at the February 19, 2021 hearing, the Court hereby GRANTS the Motion in part and DENIES the Motion in part and orders as follows:

Pursuant to O.C.G.A § 9-11-65, Ms. Gaggioli is enjoined as follows:

1. Ms. Gaggioli is enjoined from having any contact whatsoever with any customer she worked with at Randstad;
2. Ms. Gaggioli is enjoined from using or disclosing the "Technology & IT Training Manual" attached as Exhibit F to the Second Affidavit of Jason De Lucca. Ms. Gaggioli is ordered to return the "Technology & IT Training Manual" to Randstad to the extent possible.

The Court finds the foregoing sufficient to protect Randstad's business interests. All other relief requested by Randstad in the Motion is hereby **DENIED**.

The Temporary Restraining Order shall remain in place for 30 days from the date of this Order.

SO ORDERED, this the 23 day of February, 2021, at 11:04 a.m./~~p.m.~~.

GGB nunc pro tunc to February 19, 2021 at 5:00 pm GGB

Hon. G. Grant Brantley
Presiding Senior Judge
Superior Court of Cobb County
State of Georgia

ID# 2021-0039774-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
21101193
C. LaTain Kell Sr. - 49
MAR 29, 2021 02:40 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RANDSTAD PROFESSIONALS US, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | File No. 21-1-01193-49 |
| v. | ) | |
| | ) | |
| SABINA GAGGIOLI, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

This matter is before the Court on Plaintiff Randstad Professionals US, LLC's ("Randstad") and Defendant Sabina Gaggioli's ("Gaggioli") Consent Order Extending Temporary Restraining Order. Having reviewed this Consent Order, the Court hereby **MODIFIES** and **EXTENDS** the temporary restraining order entered against Gaggioli as follows:

1. Ms. Gaggioli is enjoined from having any contact whatsoever with any customer she worked with at Randstad;

2. Ms. Gaggioli is enjoined from using or disclosing the "Technology & IT Training Manual" attached as Exhibit F to the Second Affidavit of Jason De Lucca. Ms. Gaggioli is ordered to return the "Technology & IT Training Manual" to Randstad to the extent possible.

The Temporary Restraining Order shall remain in place until the hearing occurs on Randstad's forthcoming Motion for Preliminary Injunction.

SO ORDERED, this the 29th day of March, 2021.

Hon. C. LaTain Kell
Presiding Judge
Superior Court of Cobb County
State of Georgia

Jointly prepared by,

*/s/ Robert C. Stevens*
Robert C. Stevens (Georgia Bar No. 680142)
bstevens@seyfarth.com
Alex Meier (Georgia Bar No. 282350)
ameier@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Plaintiff Randstad Professionals US, LLC*

*/s/ Benjamin I. Fink*
Benjamin I. Fink
bfink@bfvlaw.com
Georgia Bar No. 261090
Daniel H. Park
dpark@bfvlaw.com
Georgia Bar No. 930188
BERMAN FINK VAN HORN, P.C.
3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
(404) 261-7711

*Counsel for Defendant Sabina Gaggioli*

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing order (Civil Action File No. 21-1-01193-49) upon all parties electronically, via Peach Court, or through the Cobb County Mail System, addressed to the following:

Robert Stevens, Esq.
Alex Merier, Esq.
Seyfarth Shaw LLP
bstevens@seyfarth.com
AMeier@seyfarth.com

Benjamin Fink, Esq.
Daniel H. Park, Esq.
Berman Fink Van Horn, P.C.
bfink@bfvlaw.com
dpark@bfvlaw.com

Charlotte L. Bednar, Esq.
Eckert Seamans Cherin & Mellott, LLC
cbednar@eckertseamans.com

This 29th day of March, 2021.

Natalie C. Bloodworth
for Honorable C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit