# EXHIBIT A

# To Be Filed Under Seal