# EXHIBIT B

# To Be Filed Under Seal