# EXHIBIT C
# To Be Filed Under Seal