# EXHIBIT D

# To Be Filed Under Seal