# EXHIBIT E-1

# To Be Filed Under Seal