# EXHIBIT G

**In the Matter of:**

*Randstand General Parter (US), LLC vs*

*Beacon Hill Staffing Group, LLC, et al*

---

*Charles Joseph Cain*

*January 07, 2020*

---


*68 Commercial Wharf • Boston, MA 02110*

*888.825.3376 - 617.399.0130*

*Global Coverage*

*court-reporting.com*

O'BRIEN & LEVINE

COURT REPORTING SOLUTIONS

A. I think we said your letter came on July 24th.

Q. Yeah. A month and a half?

A. I don't know the exact time, but --

Q. Okay.

A. -- this is dated September 12th, and we got your letter on July 24th.

Q. So certainly as of July 24th, you knew that Shawna was subject to an agreement that said she can't recruit other employees of Randstad; correct?

A. On July 24th, I knew she got a letter from you -- from Seyfarth Shaw, ultimately you, and it was on behalf of Randstad. It included an employment agreement. And I had sent that to our counsel.

Q. And are you aware whether Shawna was aware that Erik Adams had an employment agreement with Randstad?

A. I have no idea.

Q. Did you ever talk to her about whether he had an employment agreement?

A. No.

Q. Okay. So you never asked for a copy of his employment agreement?

A. I don't know if he had one or not.

Q. Okay. Do you know now whether he has one or not?
A. I don't know if I've ever seen a copy of his employment agreement.
Q. Okay.
A. I never received it while he was employed at our company.
Q. Okay. But you would acknowledge that Shawna, as of -- what was her first day of employment? July -- June 18th, I think?
A. She started with the company on June 18th.
Q. You'd acknowledge that as of June 18th, she was an agent, a representative of Beacon Hill; correct?
A. When you say "agent," I don't know if that --
Q. She was a representative of Beacon Hill; correct?
A. She was an employee of our company.
Q. She was making decisions or at least participating in making decisions on behalf of the company; correct?
A. She was the division director of Beacon Hill Associates in Dallas and she was performing the duties of that job.