# EXHIBIT G-1

# To Be Filed Under Seal