# EXHIBIT H

**In the Matter of:**

*Randstad General Partner (US), LLC vs*

*Beacon Hill Staffing Group, LLC, et al*

---

*Erik Adams*

*August 21, 2019*

---


*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*

O'BRIEN & LEVINE
COURT REPORTING SOLUTIONS

A. No.
Q. And you agreed to comply with them, correct?
A. Correct.
(Exhibit No. 51 marked.)
Q. All right. Do you recognize Exhibit 51?
A. Yes.
Q. What's this?
A. It's my resignation letter.
Q. To Randstad?
A. Correct.
Q. And it's dated September 21, 2018?
A. Correct.
Q. And you drafted this and submitted it?
A. Correct.
Q. Why did you resign from Randstad?
A. I was unhappy with my position.
Q. What were you unhappy about?
A. Just multiple things, the dual desk, the -- a few variables.
Q. What was your issue with the dual desk?
A. Retrieve side, and then as well as client development, I was more interested in maybe doing one, not both.
Q. Okay. Were you -- what else -- what were the

other variables that made you unhappy and led to your resignation?
A. A lot of -- a lot of ins and outs, management, a lot of changes.
Q. Shawna leaving have something to do with it?
A. A little. You know, she was my boss, so a little.
Q. So you ultimately -- well, let me ask you this: When you left, did you have another job lined up when you resigned?
A. When I resigned?
Q. Yes.
A. Yes.
Q. Where?
A. Beacon Hill.
Q. And how did you first get in contact with Beacon Hill?
A. I reached out to Shawna.
Q. You reached out to her, or did she reach out to you?
A. I reached out to her.
(Exhibit No. 52 marked.)
Q. Do you recognize Exhibit 52?
A. Yes.

much you'd make in your whole year at Randstad?
A. How did she know? I don't know. I -- she just mentioned.
Q. Okay. Would she know that because she had been in the -- in your management chain?
MS. DEARING: Object to form.
A. I don't know. I'm not sure.
Q. You say, the owner was awesome. Who's the owner that you're referencing?
A. Charlie.
Q. Charlie Cain?
A. Correct.
Q. And do you know the date of this text? I don't see one on here.
A. I do believe it's end of July.
Q. So this is in July. You resigned in -- September 21st, correct?
A. Correct.
Q. So what -- when did you first start talking to Shawna about potentially joining Beacon Hill?
A. Prior to being mid July expressed unhappiness with her, beginning in July, and that -- that I was interested and wanted to work for her.
Q. Okay. And how did she react to that or

Q. So she was acting as a division director?
A. Correct.
Q. At Beacon Hill making you an offer?
A. Correct.
Q. And it says at the top in the first paragraph, your start date has been established at October 2nd, 2018, and you'll be reporting directly to me, right?
A. Correct.
Q. And, in fact, you did report directly to Shawna?
A. Correct.
Q. Did you -- during this process, did either Charlie or Shawna or anybody else at Beacon Hill ask you if you had an agreement with Randstad?
A. No.
Q. Did anybody ever ask you for a copy of it?
A. No.
Q. Did you ever offer a copy of it?
A. No.
Q. Did you ever reference it to see if what you were doing was in violation?
A. No.
Q. Okay. Did you have any conversations with anybody during this period of time about your agreement?

A. No.
Q. Why didn't you raise it with Shawna or Charlie or anybody else at the company?
A. Why didn't I?
Q. Yeah.
A. I didn't think it was a factor.
Q. Okay. Why is it that it took -- if you know, from mid July, I think you said, until mid September to finally get an offer?
A. I'm not sure. It was just, we were talking back and forth. There was no right or wrong reason.
Q. Okay. And other than the interview call that you described with Shawna, and the in-person interview with Shawna, and the two or three phone calls with Charlie, did you have any other communications between July and September with anybody at Beacon Hill, including Charlie or Shawna about the job, whether or not you considered it to be a formal interview or not?
A. Conversation with no one at Beacon Hill, no; Charlie was only two, three times as I mentioned; and Shawna, the times there, but no one else with Beacon Hill, no.
Q. Did you have additional texts, e-mails, phone calls, in-person talks with Shawna about the job that

were not formal interviews, as you described, but about the job?
A. I think maybe one or two calls just seeing, you know, that I was thinking about the decision and whatnot, and that's the gist of it --
Q. And how --
A. -- in person.
Q. How did you initially reach out to Shawna; do you recall?
A. Text message first. I said, how are things, and we just connected over the phone.
Q. Okay. How many phone calls would you say you had with her between that July and September period about the job?
A. A few, not -- not a lot. I'm not sure. I could -- couldn't say a number.
Q. More than a dozen?
A. Probably right around a dozen maybe.
Q. Okay. Did you ever, during this period of time, have any communications with a lawyer about your agreement?
A. No.
Q. Did you ever talk to Beacon Hill's lawyers?
A. No.

Q. When was the first time you talked to a lawyer in this -- related to your -- your agreement with Randstad?
A. It was after with -- what was the name again? Sorry. That would have been mid -- mid March maybe, mid March, if I'm not mistaken.
Q. And do you -- at what point, if you recall, did you sign an agreement that they would represent you?
A. Right around that time after -- after I spoke with them.
Q. During your conversations with either Shawna or Charlie or Pete, did the -- did any Randstad clients ever come up?
A. No.
Q. How about talent?
A. No.
Q. Did you discuss at all whether or not you could work with the same clients or talent?
A. No.
Q. Just never came up?
A. Never came up, never discussed.
Q. Now, at some point you obviously became comfortable that your agreement wouldn't prohibit you from taking a job with Beacon Hill?

A. I'm sorry, repeat that.
Q. At some point in time you became comfortable with the fact that your Randstad agreement wouldn't prohibit you from taking the job at Beacon Hill?
A. Correct.
Q. How did you get that level of comfort?
A. Because I felt that it was -- in my understanding of the noncompete was I wasn't competing against myself in the similar role.
Q. Did you refer back to the language of the agreement, or was it just based on your memory of what you signed?
A. Based on the memory of what I signed.
Q. Did anybody ever tell you that taking this job would not violate your Randstad agreement?
A. No.
Q. Did anybody ever tell you that the agreement is unenforceable?
A. No.
Q. And are you taking the position in this case that the agreement is unenforceable for any reason?
A. No.
MS. DEARING: Object to form.
Q. No?

A. No.
Q. So you had an offer on September 12th, right?
A. Correct.
Q. And you didn't resign for another week or so, until the 21st, correct?
A. Correct.
Q. Did you tell anybody, in the meantime, that you had an offer from Beacon Hill?
A. No.
Q. Did you tell any customers?
A. No.
Q. Any talent?
A. No.
Q. Tell anybody at Randstad?
A. No.
Q. You continued working for Randstad during that period of time?
A. Correct.
Q. You continued communicating with customers and talent and prospects, right?
A. Correct.
Q. You continued accessing its databases?
A. Correct.
Q. Did you think there was anything improper