**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RANDSTAD GENERAL PARTNER (US) LLC, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:19-CV-1655-MHC |
| BEACON HILL STAFFING GROUP, LLC, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Mark h. Cohen, United States District Judge, for consideration of defendant Beacon Hill Staffing Group,LLC's motion to dismiss, and the court having granted said motion in a previous order, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed as to that defendant.

Dated at Atlanta, Georgia, this 17th day of November, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Jill Ayers
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 17, 2021
Kevin P. Weimer
Clerk of Court

By: s/Jill Ayers
Deputy Clerk