**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC,<br><br>Plaintiff,<br>v.<br><br>SHAWNA BESTREICH and ERIK ADAMS,<br><br>Defendants. | Civil Action No.:<br><br>1:19-CV-01655-MHC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereto, by and through their undersigned counsel, hereby stipulate to the dismissal of this action **with prejudice** and no award of attorney's fees or costs by the Court, waiving all rights of appeal.

*[Signatures on following page]*

RANDSTAD GENERAL PARTNER (US), LLC,
RANDSTAD TECHNOLOGIES, LLC,
By its Attorneys,

Date: November 17, 2021

/s/ *Robert C. Stevens*

Robert C. Stevens
Georgia Bar No. 680142
Alex Meier
Georgia Bar No. 282350
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
bstevens@seyfarth.com
ameier@seyfarth.com

SHAWNA BESTREICH,
ERIK ADAMS
By their Attorneys,

Date: November 17, 2021

/s/ *Benjamin I. Fink*

Benjamin I. Fink
Georgia Bar No. 261090
Lea C. Dearing
Georgia Bar No. 922882
Ashley M. Bowcott
Georgia Bar No. 871190
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, N.E., Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 261-7711
Facsimile: (404) 233-1943
bfink@bfvlaw.com
ldearing@bfvlaw.com
abowcott@bfvlaw.com

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1D AND 5.1B**

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel hereby certifies that the foregoing document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman, 14 point.

This 17th day of November, 2021.

BERMAN FINK VAN HORN P.C.

By: *_/s/ Benjamin I. Fink_*
Benjamin I. Fink
Georgia Bar No. 261090

*Counsel for Defendants Shawna Bestreich and Erik Adams*

3475 Piedmont Road, NE
Suite 1100
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Facsimile)

**CERTIFICATE OF SERVICE**

I certify that, on November 17, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Robert C. Stevens, Esq.
Alex Meier, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
*bstevens@seyfarth.com*
*ameier@seyfarth.com*
***Counsel for Plaintiff***

Erik W. Weibust, Esq.
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
*eweibust@seyfarth.com*
***Counsel for Plaintiff***

BERMAN FINK VAN HORN P.C.

By: *\/s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090

*Counsel for Defendants Shawna Bestreich and Erik Adams*

3475 Piedmont Road, NE
Suite 1100
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Facsimile)